USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEI GAO, individually and on behalf of all
others similarly situated,

                                Plaintiff,                     **18-CV-10448 (PGG) (KHP)**

            -against-                                    **ORDER**

KERRY NAILS SALON CORPORATION,
XUE GOU, and TIE MING XU,

                                Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A status conference in this matter is hereby scheduled for **February 3, 2020 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: New York, New York
           December 16, 2019

                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge