UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LEI GAO, individually and on behalf of all
others similarly situated,

                                  Plaintiff,

                    -against-

KERRY NAILS SALON CORPORATION,
XUE GOU, and TIE MING XU,

                               Defendants.
-----------------------------------------------------------------X

18-CV-10448 (PGG) (KHP)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/03/20

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On February 3, 2020, the parties appeared for a post-discovery status conference. At the conference, the parties raised the issue that this Court lacks subject matter jurisdiction over this action because the Defendant business does not meet the revenue threshold for coverage under the Fair Labor Standards Act. The parties shall meet and confer regarding the Court's subject matter jurisdiction over this matter over the next two weeks. The parties shall file a letter with the Court by no later than **February 17, 2020** indicating whether there is a basis for jurisdiction and, if so, providing copies of relevant tax records or other documents to demonstrate jurisdiction or, in the alternative, indicate that the case is being withdrawn for lack of jurisdiction.

      **SO ORDERED.**

Dated: New York, New York
       February 3, 2020

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge