```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:_____
           04/01/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEI GAO, individually and on behalf of all
others similarly situated,

                                    Plaintiff,                              18-CV-10448 (PGG) (KHP)

                        -against-                                        ORDER SCHEDULING SETTLEMENT
                                                                                        CONFERENCE

KERRY NAILS SALON CORPORATION,
XUE GOU, and TIE MING XU,

                                    Defendants.
------------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A telephonic settlement conference in this matter is scheduled for **Monday, June 28,**

**2021 at 2:00 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference

line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**  Corporate

parties must send the person with decision making authority to settle the matter to the

conference.  The parties are instructed to complete the Settlement Conference Summary

Report and prepare pre-conference submissions in accordance with the Judge Parker's

Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later

than **June 21, 2021 by 5:00 p.m.**

        **SO ORDERED.**

Dated: New York, New York
        April 1, 2021

                                                        _Katharine H Parker_
                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge