UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEI GAO, WEN TAO LIU, and SHUAI SUN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

KERRY NAILS SALON CORPORATION, d/b/a Kerry Nail Spa, XUE GOU, and TIE MING XU,

                Defendants.

**ORDER**

18 Civ. 10448 (PGG) (KHP)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Trial in this matter will begin on **May 23, 2022 at 9:30 a.m.** This trial date is tentative, and depends on this District's COVID-19 protocols.

        The parties are directed to comply with this Court's Individual Rules concerning the preparation of a joint pre-trial order. The joint pre-trial order, motions in limine, requested voir dire, and requests to charge are due on **April 18, 2022**. Responsive papers, if any, are due **April 25, 2022**.

Dated:  New York, New York
           February 14, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge