## HANG & ASSOCIATES, PLLC
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

April 20, 2022

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA ECF**
Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**:
The application is granted.  There will be a conference
in this matter on **May 5, 2022 at 10:00 a.m.** in
Courtroom 705 of the U.S. Courthouse, 40 Foley
Square, New York, New York.

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge
Dated: April 22, 2022

Re:     **Gao et al v. Kerry Nails Salon Corporation et al**
        Case No. 1:18-cv-10448-PGG-KHP

*Consent Letter Motion for Extension to File Pretrial Submissions*

Dear Judge Gardephe:

This office represents Plaintiffs Lei Gao,  Shuai Sun, and Wen Tao Liu ("Plaintiffs")
in the abovementioned matter. Jointly with defendants, the parties respectfuly request an
extension through April 22, 2022 to file  a propsoed joint pre-trial order; and through
April 27, 2022 to file requested voir dire, and requests to charge, and motions in limine,
if any. The parties propose the deadline for responsive papers be extended through May
4, 2022.

This is the first time for the parties to seek an extension of pretrial submissions.
The reason for this reqeust is that the parties need additional time to finalize the draft
proposed order while actively seeking possible resolution.

We appreciate the Court's time and continued attention to this matter.

Hon. Paul G. Gardephe
Page 2

Respectfully Submitted,

_____s/ *Ge Qu*_____

Ge Qu

CC: Alice Chunyang Zhang, Esq.