UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEI GAO, WEN TAO LIU, and SHUAI SUN, on behalf of themselves and all others similarly situated,

                Plaintiffs,

- against -

KERRY NAILS SALON CORPORATION, d/b/a Kerry Nail Spa, XUE GOU, and TIE MING XU,

                Defendants.

**ORDER**

18 Civ. 10448 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        The final pretrial conference currently scheduled for May 16, 2022, will now take place on **May 11, 2022, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        All parties must attend the conference.

Dated: New York, New York
       May 6, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge