UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEI GAO, WEN TAO LIU, and SHUAI SUN,<br><br>                Plaintiffs,<br><br>        - against -<br><br>KERRY NAILS SALON CORPORATION, d/b/a Kerry Nail Spa, XUE GOU, and TIE MING XU,<br><br>                Defendants. | **ORDER**<br><br>18 Civ. 10448 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        There will be a settlement conference in this matter on **May 18, 2022, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        All parties will attend the conference.

Dated: New York, New York
       May 13, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge