UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEI GAO, WEN TAO LIU, and SHUAI SUN,

                Plaintiffs,

        - against -

KERRY NAILS SALON CORPORATION, d/b/a Kerry Nail Spa, XUE GOU, and TIE MING XU,

                Defendants.

**ORDER**

18 Civ. 10448 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        The settlement conference scheduled for May 18, 2022, is adjourned to **May 20, 2022 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         May 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge