UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

Lei Gao, Wen Tao Liu, and Shuai Sun, on behalf of themselves and all others similarly situated,

                Plaintiffs,

v.

Kerry Nails Salon Corp., d/b/a Kerry Nail Spa,
Xue Gou, and
Tie Ming Xu,

                Defendants.

---------------------------------------------------------------- X

Case No. 18-cv-10448

NOTICE OF MOTION

PLEASE TAKE NOTICE THAT Plaintiffs Lei Gao, Wen Tao Liu, and Shuai, by and through their undersigned attorneys, move this Court at the United States District Court for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, before the Honorable Paul G. Gardephe, at a time and date to designated by the Court, for an Order:

    1)    Granting approval of the FLSA settlement reached in this matter;

    2)    Dismiss this matter with prejudice;

    3)    Retain jurisdiction to enforce the terms of the Settlement Agreement; and

    4)    Granting any other relief that the Court deems just and proper.

Dated: Flushing, New York
       May 23, 2022

                                                                     HANG & ASSOCIATES, PLLC.

By: ____s/ *Ge Qu*_____
Ge Qu, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718.353.8588
E-mail: rqu@hanglaw.com
*Attorneys for Plaintiffs*