**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X

Lei Gao, Wen Tao Liu, and Shuai Sun, on behalf
of themselves and all others similarly situated,

Case No. 18-cv-10448

                                        Plaintiffs,

                    v.                                NOTICE OF MOTION

Kerry Nails Salon Corp., d/b/a Kerry Nail Spa,
Xue Gou, and
Tie Ming Xu,

                                        Defendants.

-------------------------------------------------------------- X

*MEMO ENDORSED*
*The parties' settlement agreement is approved by the Court.*

**SO ORDERED:**

*Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated: *May 24, 2022*

PLEASE TAKE NOTICE THAT Plaintiffs Lei Gao, Wen Tao Liu, and Shuai, by and

through their undersigned attorneys, move this Court at the United States District Court

for the Southern District of New York, located at 40 Foley Square, New York, NY 10007,

before the Honorable Paul G. Gardephe, at a time and date to designated by the Court,

for an Order:

1)    Granting approval of the FLSA settlement reached in this matter;

2)    Dismiss this matter with prejudice;

3)    Retain jurisdiction to enforce the terms of the Settlement Agreement; and

4)    Granting any other relief that the Court deems just and proper.

Dated: Flushing, New York
       May 23, 2022

                                        HANG & ASSOCIATES, PLLC.

Case 1:18-cv-10448-PGG   Document 83   Filed 05/23/22   Page 2 of 2

By:_____s/ Ge Qu_____
Ge Qu, Esq.
136-20 38th Ave., Suite 10G
Flushing, New York 11354
Tel: 718.353.8588
E-mail: rqu@hanglaw.com
*Attorneys for Plaintiffs*