UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Lei Gao, Wen Tao Liu, and Shuai Sun,
*on behalf of themselves and all others
similarly situated,*

                              Plaintiffs,

                 v.

KERRY NAILS SALON CORPORATION,
d/b/a Kerry Nail Spa, Xue Gou, and Tie Ming
Xu,

                             Defendants.
------------------------------------------------------------------X

Case No: 18-cv-10448

**STIPULATION AND PROPOSED
ORDER OF DISMISSAL**

      WHEREAS, the parties have reached a settlement that is considered fair and reasonable by this Court, it his hereby **ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a) (1) (A) (ii), this action is hereby dismissed with prejudice.
2. This Court retains jurisdiction to enforce the Settlement Agreement and the Release of this action.

Dated: New York, New York
       May ___, 2022

_____
Ge Qu, Esq.
Hang & Associates, PLLC
136-20 38th Avenue, Suite 10G
Flushing, NY 11354
718-353-8588
rqu@hanglaw.com
*Attorneys for Plaintiffs*

_____
Alice Chunyang Zhang, Esq.
Chunyang Zhang Law Firm, P.C.
136-20 38th Avenue, Suite 3c
Flushing, NY 11354
718-888-1553
czhang@zslawpc.com
*Attorney for Defendants*

                              **SO ORDERED**

                            _____
                            HON. PAUL G. GARDEPHE
                            UNITED STATES DISTRICT JUDGE
                            May 24, 2022

8